UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AMERICAN STRATEGIC INSURANCE CORP., | ) ) ) |
| Plaintiff, | ) ) Case No: 4:21-CV-01386-JAR |
| vs. | ) ) |
| PATRICK DRESSEL, KRISTINA DRESSEL, MIDAS O'FALLON HIEX, LLC, and MIDAS HOSPITALITY, LLC, | ) ) ) ) |
| Defendants. | ) ) |

# *DISMISSAL WITHOUT PREJUDICE*

COMES NOW plaintiff American Strategic Insurance Corp., by and through its undersigned counsel, and dismisses its cause of action against defendants Patrick Dressel, Kristina Dressel and Midas O'Fallon Hiex, LLC and Midas Hospitality, LLC without prejudice and each party is to bear its own court costs.

/s/ Seth G. Gausnell
Seth G. Gausnell   #35767MO
GAUSNELL, O'KEEFE & THOMAS, LLC
Attorneys for Plaintiff American Strategic
Insurance Corp.
1717 Park Avenue
St. Louis, Missouri 63104
(314) 257-9800
(314) 257-9801 (Fax)
Email: sgausnell@gotlawstl.com

The undersigned hereby certifies that a true and accurate copy of the foregoing has been served on all counsel of record via the CM/ECF filing system and sent via electronic mail on this 11th day of March, 2022.

Mr. Charles E. Taylor
Shepherd Taylor Korum LLP
222 South Central Ave., Suite 1000
St. Louis, Missouri 63105
Bluest66@aol.com
*Attorney for Defendant Patrick Dressel*

Mr. Tracy J. Cowan
Lewis Brisbois Bisgaard & Smith LLP
100 South 4th Street, Suite 500
St. Louis, Missouri 63102
Tracy.cowan@lewisbrisbois.com
*Attorney for Defendants Midas Hospitality, LLC and*
  *Midas O'Fallon Hiex, LLC*

                                                 /s/ Seth G. Gausnell