UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN STRATEGIC INSURANCE CORP., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) ) | Case No. 4:21-CV-01386 JAR |
| PATRICK DRESSEL, et al., | ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

Pursuant to Plaintiff's Dismissal Without Prejudice (Doc. No. 26),

**IT IS HEREBY ORDERED** that this case is **DISMISSED without prejudice.** Each party to bear their own costs and fees.

Dated this 14th day of March, 2022.

_____
**JOHN A. ROSS
UNITED STATES DISTRICT JUDGE**

1